ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND     \*     COURT OF APPEALS

               \*     OF MARYLAND

      Petitioner           \*

               \*     Misc. Docket AG

v.                    \*

               \*     No. __37__

RONALD JAMES GROSS         \*

               \*     September Term, 2015

      Respondent         \*

               \*

      \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

This matter having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action, with attached certified copy of an Order of the Supreme Court of Pennsylvania filed April 10, 2015 (Attachment A), whereby that Court ordered the suspension of Ronald James Gross from practicing law in the Commonwealth of Pennsylvania for a period of six months, effective May 10, 2015; and it appearing that said Ronald James Gross is admitted to the Bar of this Court;

NOW, THEREFORE, it is this __17th__ day of _____September_____, 2015,

ORDERED, by the Court of Appeals of Maryland, in accordance with Maryland Rule 16-773(d), that Ronald James Gross, Respondent, is hereby suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Ronald James Gross from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all courts in this State in accordance with Maryland Rule 16-760(e).

/s/ Mary Ellen Barbera

Chief Judge